UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-20566 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| LEWIS JAQUON NELSON, | |
| Defendant. | |
| _____ / | |

### ORDER STRIKING REPRESENTED DEFENDANT'S MOTION (ECF No. 46)

Before the court is Defendant Lewis Nelson's "U.S.C.S. Fed. Rules Crim Proc. R 12(c) Suppression of evidence motion." (ECF No. 46). Defendant is currently represented by counsel[1] and, accordingly, his counsel must file any motions on his behalf. *See e.g.*, *United States v. Hamilton*, 2018 WL 10075601, at *1 (E.D. Mich. Jan. 11, 2018) ("It is well-established law in the Sixth Circuit that a criminal defendant cannot proceed with hybrid representation, whereby he asserts both the right to proceed pro se and the right to counsel – he must choose one or the other."). As part of the latitude accorded to district courts to manage their own dockets, courts may bar filings submitted by an individual when that individual is

---

[1] Attorney Jessica R. Mainprize-Hajek has been representing Defendant since November 9, 2023. (ECF No. 19).

1

represented by counsel.  *See United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994) (finding no error in the court's refusal to consider pro se motion where defendant was represented by counsel.).  Defendant's counsel has **seven days** in which to indicate on the docket whether she is adopting this request.  If counsel does not adopt the request, it will be stricken from the record as improvidently filed.

    **SO ORDERED**.

Date: December 4, 2023             s/ F. Kay Behm  
                                                          F. Kay Behm  
                                                          United States District Judge